Katelyn S. Oldham
Email: katelyn@miketlaw.com
TEDESCO LAW GROUP
12780 SE Stark St.
Portland, OR 97233

Richard G. McCracken *(pro hac vice)*
David L. Barber *(pro hac vice)*
Email: rmccracken@msh.law
      dbarber@msh.law
MCCRACKEN, STERMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105

*Attorneys for International Association of Sheet Metal, Air, Rail and Transportation Workers Union, Local No. 16*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TAYLOR SHEET METAL, INC.,**<br><br>      Plaintiff,<br><br>vs.<br><br>**INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS UNION, LOCAL NO. 16,**<br><br>      Defendant. | No. 3:17-cv-00753-SB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that International Association of Sheet Metal, Air, Rail, and Transportation Workers Union, Local No. 16 in the above named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment that was entered in this action on February 12, 2018.

Dated this 7th day of March, 2018.                    Respectfully submitted,


   */s/David L. Barber*_____
Richard G. McCracken
David L. Barber
Email: rmccracken@msh.law
      dbarber@msh.law
MCCRACKEN, STERMERMAN &
HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105

Katelyn S. Oldham
Email: katelyn@miketlaw.com
TEDESCO LAW GROUP
12780 SE Stark St.
Portland, OR 97233

*Attorneys for Defendant*

2

**REPRESENTATION STATEMENT – SERVICE LIST**

United States District Court
For The District of Oregon

**Civil No.: 3:17-cv-00753-SB**

| **Appellant – Defendant** | **Attorneys for Appellant – Defendant** |
|---|---|
| International Association of Sheet Metal, Air, Rail and Transportation Workers Union, Local No. 16 | Richard G. McCracken<br>rmccracken@msh.law<br>David L. Barber<br>dbarber@msh.law<br>McCracken, Stemerman & Holsberry, LLP<br>595 Market Street, Suite 800<br>San Francisco, CA 94105<br>Tel:  (415) 597-7200<br>Fax:  (415) 597-7201 |

| **Appellee – Plaintiff** | **Attorneys for Appellee – Plaintiff** |
|---|---|
| Taylory Sheet Metal, Inc. | Thomas M. Triplett<br>Email: ttriplett@schwabe.com<br>Thomas J. Payne<br>Email: TPayne@SCHWABE.com<br>SCHWABE, WILLIAMSON & WYATT P.C.<br>1211 SW 5TH Ave., Suite 1900<br>Portland, OR 97204<br>Tel: (503) 222-9981<br>Fax: (503) 769-290 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, I served the foregoing **NOTICE OF APPEAL** on the following persons:

Thomas M. Triplett
Email: ttriplett@schwabe.com
Thomas J. Payne
Email: TPayne@SCHWABE.com
SCHWABE, WILLIAMSON & WYATT P.C.
1211 SW 5TH Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-769-2900

Via the ECF filing system.

                                                _/s/Katherine Maddux_
                                                   Katherine Maddux